# Exhibit 5

Action Item     10

## PUBLIC SERVICE COMMISSION OF SOUTH CAROLINA
## COMMISSION DIRECTIVE

| | | | |
|---|---|---|---|
| ADMINISTRATIVE MATTER | ☐ | DATE | **July 26, 2017** |
| MOTOR CARRIER MATTER | ☐ | DOCKET NO. | **2017-207-E** |
| UTILITIES MATTER | ☑ | ORDER NO. | **2017-470** |

**THIS DIRECTIVE SHALL SERVE AS THE COMMISSION'S ORDER ON THIS ISSUE.**

**SUBJECT:**

DOCKET NO. 2017-207-E - Friends of the Earth and Sierra Club, Complainant/Petitioner v. South Carolina Electric & Gas Company, Defendant/Respondent - Staff Presents for Commission Consideration the Petition to Intervene Filed on Behalf of the South Carolina Coastal Conservation League.

**COMMISSION ACTION:**
In the absence of objection from any party, grant the request to intervene.

PRESIDING: Whitfield         SESSION: Regular     TIME: 2:00 p.m.

| | MOTION | YES | NO | OTHER | |
|---|---|---|---|---|---|
| ELAM | ☐ | ☑ | ☐ | | |
| FLEMING | ☑ | ☑ | ☐ | | |
| HALL | ☐ | ☑ | ☐ | | |
| HAMILTON | ☐ | ☑ | ☐ | | |
| HOWARD | ☐ | ☑ | ☐ | | |
| RANDALL | ☐ | ☐ | ☐ | Absent | Annual Leave |
| WHITFIELD | ☐ | ☑ | ☐ | | |

(SEAL)                                RECORDED BY: J. Schmieding

