# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| COLLEEN WITMER, Derivatively on Behalf of SCANA CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>GREGORY E. ALIFF; SHARON A. DECKER; LYNNE M. MILLER; ALFREDO TRUJILLO; JAMES A. BENNETT; D. MAYBANK HAGOOD; JAMES W. ROQUEMORE; JOHN F. A. V. CECIL; KEVIN B. MARSH; and MACEO K. SLOAN,<br><br>                Defendants,<br><br>-and-<br><br>SCANA CORPORATION,<br><br>                Nominal Defendant. | No. 3:17-cv-03166-MBS<br><br>**<u>ORDER</u>** |
| Richard Wickstrom,<br><br>                Plaintiff,<br><br>   v.<br><br>GREGORY E. ALIFF; SHARON A. DECKER; LYNNE M. MILLER; ALFREDO TRUJILLO; JAMES A. BENNETT; D. MAYBANK HAGOOD; JAMES W. ROQUEMORE; JOHN F. A. V. CECIL; KEVIN B. MARSH; and MACEO K. SLOAN,<br><br>                Defendants. | No. 3:17-cv-03181-MBS |

This matter is before the court after two shareholder derivative actions were filed with respect to the abandoned construction project of two nuclear reactors at the V.C. Summer Nuclear Station in Fairfield County, South Carolina.  On January 18, 2018, the court held a hearing on Plaintiff Collen Witmer and Plaintiff Richard Wikstrom's (collectively "Plaintiffs") motions to (1) consolidate the related actions; (2) appoint Bernstein Liebhard LLP and The Weiser Law Firm as Co-Lead Counsel; and (3) appoint Bland Richter, LLP and The Hopkins Law Firm as Co-Liaison Counsel.  After hearing from the parties, it is **HEREBY ORDERED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs' motion to consolidate the related actions is **GRANTED** for the purposes of pre-trial and trial.

2. Plaintiffs' motion to appoint Bernstein Liebhard LLP and The Weiser Law Firm as Co-Lead Counsel is **GRANTED.**

3. Plaintiffs' motion to appoint Bland Richter, LLP and The Hopkins Law Firm as Co-Liaison Counsel is **GRANTED.**

4. This consolidated action shall be captioned "*In re SCANA Corporation Derivative Litigation*" and the file shall be maintained under File No. 3:17-cv-03166-MBS.  All other cases related to this matter will be closed. Any future filings shall be filed under this lead case only.

5. *Pro hac vice* counsel representation for the individual related matters will be transferred to the lead case, *In re SCANA Corporation Derivative Litigation* 3:17-cv-03166-MBS.

6. Defendants' counsel shall be entitled to rely upon all agreements made with Plaintiffs' Co-Lead Counsel, or any other duly authorized representatives of Plaintiffs' Co-Lead Counsel, and such agreements will be binding on Plaintiffs.

7. Plaintiffs will have twenty one (21) days from the filing of this Order to file an amended complaint.

8. Pending the court's ruling on Defendants' Motion to Stay Derivative Litigation Pending Resolution of Parallel Proceedings,[1] Defendants moved the court to allow Defendants thirty (30) days to file their responsive pleading to the amended complaint. Defendants' motion is **GRANTED.**

**IT IS SO ORDERED.**

    /s/ Margaret B. Seymour
The Honorable Margaret B. Seymour
Senior United States District Judge

January 23, 2018
Columbia, South Carolina

---

[1] Hearing date forthcoming.

3