UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |  |
|---|---|---|
| COLLEEN WITMER and RICHARD WICKSTROM, Derivatively on Behalf of SCANA CORPORATION, | ) ) ) ) | |
| | ) | Case No. 3:17-CV-3166-MBS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| KEVIN B. MARSH, GREGORY E. ALIFF, JAMES A. BENNETT, JOHN F.A.V. CECIL, SHARON A. DECKER, D. MAYBANK HAGOOD, LYNNE M. MILLER, JAMES W. ROQUEMORE, MACEO K. SLOAN, ALFREDO TRUJILLO, STEPHEN A. BYRNE, JAMES M. MICALI, HAROLD C. STOWE and JIMMY E. ADDISON, | ) ) ) ) ) ) ) ) ) ) ) | **CONSENT MOTION TO SUBSTITUTE COUNSEL** |
| Defendants, | ) ) | |
| -and- | ) ) | |
| SCANA CORPORATION, a South Carolina corporation, | ) ) ) ) | |
| Nominal Defendant. | ) ) ) | |

Defendants Gregory E. Aliff, James A. Bennett, John F.A.V. Cecil, Sharon A. Decker, D.

Maybank Hagood, Lynne M. Miller, Alfredo Trujillo, James W. Roquemore, Maceo K. Sloan,

James M. Micali, and Harold C. Stowe (collectively, the "Defendants") hereby move for an Order

substituting John A. Massalon, Esquire, with the law firm of Wills, Massalon & Allen, LLC, as

counsel for Defendants, in the place of Brian A. Comer, Esquire, and Michael R. Burchstead,

Esquire, of the law firm of Collins & Lacy, PC.  John R. Bielema, Esquire, Michael P.Carey,

Esquire and Barbara A. Smith, Esquire, of the law firm of Bryan Cave Leighton Paisner, LLP, will

1

also remain as counsel for Defendants.  Mr. Comer and Mr. Burchstead will be withdrawing as counsel, with Mr. Massalon substituting as counsel for Defendants.

This substitution of counsel will neither prejudice the parties nor cause undue delay in the disposition of this matter.  Defendants have informed counsel for all parties of this motion, and all counsel and parties have indicated their consent.

**WE SO MOVE AND CONSENT:**

WILLS MASSALON & ALLEN LLC          COLLINS & LACY, PC


s/John A. Massalon                              s/Brian A. Comer
John A. Massalon, Esquire                    Brian A. Comer, Esquire
Bar No. 5227                                       Bar Number:  9106
jmassalon@wmalawfirm.net               bcomer@collinsandlacy.com
Post Office Box 859                             Michael R. Burchstead, Esquire
Charleston, SC 29402                          Bar Number: 10297
(843) 727-1144 (voice)                         mburchstead@collinsandlacy.com
(843) 727-7696 (fax)                           1330 Lady Street, 6th Floor (29201)
                                                         Post Office Box 12487
Charleston, South Carolina                 Columbia, SC 29211
August 28, 2018                                 803.256.2660 (voice)
                                                         803.771.4484 (fax)

                                                         John R. Bielema, *admitted pro hac vice*
                                                         Michael P. Carey, *admitted pro hac vice*
                                                         BRYAN CAVE LEIGHTON
                                                         PAISNER LLP
                                                         One Atlantic Center
                                                         14th Floor
                                                         1201 W. Peachtree St., N.W.
                                                         Atlanta, GA 30309
                                                         Telephone:     (404) 572-6600
                                                         Facsimile:      (404) 572-6999
                                                         john.bielema@bclplaw.com
                                                         michael.carey@bclplaw.com

                                                         Barbara A. Smith, *admitted pro hac vice*
                                                         BRYAN CAVE LEIGHTON
                                                         PAISNER LLP
                                                         One Metropolitan Square
                                                         211 N. Broadway, Suite 3600

2

St. Louis, Missouri  63102
Telephone:      (314) 259-2000
Facsimile:      (314) 259-2020
barbara.smith@bclplaw.com

ATTORNEYS FOR DEFENDANTS
GREGORY E. ALIFF; JAMES BENNETT;
JOHN F.A.V. CECIL; SHARON A.
DECKER; D. MAYBANK HAGOOD;
LYNNE M. MILLER; JAMES W.
ROQUEMORE; MACEO K. SLOAN;
ALFREDO TRUIJILLO; JAMES M.
MICALI; AND HAROLD C. STOWE

Columbia, South Carolina
August 28, 2018

3