# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| IN RE SCANA CORPORATION DERIVATIVE LITIGATION | ) ) ) Lead Case No. 3:17-cv-03166-MBS |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY ALL PROCEEDINGS

Currently before the Court is the Parties' Joint Motion to Stay All Proceedings (the "Motion") (ECF No. 169). Having considered the Motion, and for good cause shown, the Court HEREBY ORDERS as follows:

(a)   The Motion is GRANTED;

(b)   The Defendants shall file an appropriate motion addressing Plaintiff's post-merger derivative standing within fourteen (14) days of the completion of the anticipated merger between SCANA Corporation and Dominion Energy, Inc;

(c)   All proceedings in this matter are hereby STAYED until the Court rules on the Defendants' forthcoming motion addressing Plaintiffs' post-merger derivative standing;

(d)   If the merger between SCANA Corporation and Dominion Energy, Inc. is not consummated on or before January 31, 2019, the parties may submit additional filings with the Court addressing the continued need for a stay and/or the timing for Defendants' anticipated motion.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

January 3, 2019