**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

|   |   |   |
|---|---|---|
| IN RE SCANA CORPORATION DERIVATIVE LITIGATION | ) ) ) ) | Lead Case No. 3:17-cv-03166-MBS |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Nominal Defendant SCANA Corporation ("SCANA" or the "Company") and Defendants Kevin B. Marsh, Gregory E. Aliff, James A. Bennett, John F.A.V. Cecil, Sharon A. Decker, D. Maybank Hagood, Lynne M. Miller, James W. Roquemore, Maceo K. Sloan, Alfredo Trujillo, Stephen A. Byrne, Jimmy E. Addison, James M. Micali, and Harold C. Stowe (collectively, "Defendants") hereby move for judgment on the pleadings. As described in Defendants attached Memorandum of Law, on January 1, 2019, SCANA merged with and into a wholly-owned subsidiary of Dominion Energy, Inc. ("Dominion"). As a result, all previously outstanding shares of SCANA common stock have been exchanged for the right to receive 0.6690 shares of Dominion common stock. Nominal Plaintiffs therefore ceased being shareholders of SCANA on January 1, 2019 and now lack standing to pursue claims on behalf of the Company. Thus, the Court should grant this motion for judgment on the pleadings.

Respectfully submitted this 7th day of January, 2019.

s/ *Steven J. Pugh*
Steven J. Pugh (Fed. ID No. 7033)
Benjamin P. Carlton (Fed. ID 11797)
Richardson Plowden & Robinson, P.A.
Post Office Drawer 7788 (29202)
1900 Barnwell Street
Columbia, South Carolina 29201
(803) 771-4400
spugh@richardsonplowden.com
bcarlton@richardsonplowden.com

I.S. Leevy Johnson (Fed. ID No. 2194)
George C. Johnson (Fed. ID No. 6538)
Johnson Toal & Battiste, P.A.
1615 Barnwell Street
Columbia, South Carolina 29201
(803) 252-9700
islj@jtbpa.com
George@jtbpa.com

Michael R. Smith (*pro hac vice*)
Lisa Bugni (*pro hac vice*)
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 572-4824
mrsmith@kslaw.com

**Counsel for Nominal Defendant SCANA Corporation**

s/ *John A. Massalon*
John A. Massalon (Fed. ID No. 5227)
Wills Massalon & Allen, LLC
Post Office Box 859
Charleston, South Carolina 29402
(843) 727-1144
jmassalon@wmalawfirm.net

John R. Bielema (*pro hac vice*)
Michael P. Carey (*pro hac vice*)
Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600
john.bielema@bclplaw.com
michael.carey@bclplaw.com

Barbara A. Smith (*pro hac vice*)
Bryan Cave Leighton Paisner, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
barbara.smith@bclplaw.com

***Counsel for Defendants Gregory E. Aliff; James Bennett; John F.A.V. Cecil; Sharon A. Decker; D. Maybank Hagood; Lynne M. Miller; James W. Roquemore; Maceo K. Sloan; Alfredo Trujillo; James M. Micali; and Harold C. Stowe***

s/ *William A. Coates*
William A. Coates (Fed. ID No. 183)
Roe Cassidy Coates & Price, P.A.
1052 North Church Street
Post Office Box 10529 (29603)
Greenville, South Carolina 29601
(864) 349-2600
wac@roecassidy.com

Anne M. Tompkins (*pro hac vice*)
Jonathan M. Watkins (*pro hac vice*)
Aaron C. Lang (*pro hac vice*)
Cadwalader, Wickersham & Taft, LLP
227 West Trade Street
Charlotte, North Carolina 28202
(704) 348-5222
Anne.Tompkins@cwt.com
Jonathan.Watkins@cwt.com
Aaron.Lang@cwt.com

***Counsel for Defendant Kevin B. Marsh***

s/ *William A. Coates*
William A. Coates (Fed. ID No. 183)
Roe Cassidy Coates & Price, P.A.
1052 North Church Street
Post Office Box 10529 (29603)
Greenville, South Carolina 29601
(864) 349-2600
wac@roecassidy.com

Robert A. Blake, Jr. (*pro hac vice*)
James F. Wyatt, III (*pro hac vice*)
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, North Carolina 28203
(704) 331-0767
rblake@wyattlaw.net
jwyatt@wyattlaw.net

***Counsel for Defendant Stephen Byrne***

s/ *William A. Coates*
William A. Coates (Fed. ID No. 183)
Roe Cassidy Coates & Price, P.A.
1052 North Church Street
Post Office Box 10529 (29603)
Greenville, South Carolina 29601
(864) 349-2600
wac@roecassidy.com

John A. Jordak, Jr., (*pro hac vice*)
William R. Mitchelson, Jr. (*pro hac vice*)
Meredith J. Kingsley (*pro hac vice*)
Alston & Bird
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
john.jordak@alston.com
mitch.mitchelson@alston.com
meredith.kingsley@alston.com

***Counsel for Defendant Jimmy Addison***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*s/ Steven J. Pugh*
Steven J. Pugh (Fed. ID No. 7033)
Richardson Plowden & Robinson, P.A.
Post Office Drawer 7788 (29202)
1900 Barnwell Street
Columbia, South Carolina 29201
(803) 771-4400
spugh@richardsonplowden.com